UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE MARIE CAPUTO,<br><br>                               Plaintiff,<br><br>v.<br><br>CITY OF SAN DIEGO POLICE DEPARTMENT, THE CITY OF SAN DIEGO POLICE COMMISSIONER, et al.,<br><br>                             Defendants. | Case No.: 16-cv-00943-AJB-BLM<br><br>**ORDER REGARDING PLAINTIFF'S THIRD AMENDED COMPLAINT**<br><br>(Doc. No. 26) |

After being informed of a discrepancy on the docket, the Court discovered that due to a docketing error, Plaintiff Rose Marie Caputo's ("Plaintiff") third amended complaint was not fully scanned onto the docket. The Court notes that this error has since been resolved and Plaintiff's third amended complaint is now complete on CM/ECF. The various motions filed by Defendants in the present matter will continue to be handled in normal course.

**IT IS SO ORDERED**.

Dated: September 8, 2017

                                                                  Hon. Anthony J. Battaglia
                                                                   United States District Judge