# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSE MARIE CAPUTO,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF SAN DIEGO; COUNTY OF SAN DIEGO; SERGEANT ANDREW FELLOWS; OFFICER FRANK BIGLER; and DOES 1-20, inclusive,<br><br>    Defendants. | Case No.: 16-cv-00943-AJB-BLM<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE** |

    Pursuant to the parties' joint motion and notice of settlement and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement agreement executed by them, to the Dismissal with Prejudice of this Action, including all claims stated herein against all parties, with each party to bear its own attorney's fees and costs.

    IT IS SO ORDERED.

Dated:  December 9, 2020

                                                    Hon. Anthony J. Battaglia
                                                  United States District Judge